It is our whole hearted position, that wherever life brings him, those people in Patrick's community will benefit through his participation by way of his work ethic, intelligence and creativity. He is the most social native-introvert we've ever known.

He was elected president of the student body in his senior year at Chattanooga Christian School. His fellow students advised us that the reason was he was always the one who went and sat with the new kids and made them feel welcome.

He grew tremendously in life with Christ. When he was 10 and diagnosed with Tourette's Syndrome, he was initially demoralized. Yet he trusted Christ to lead him. Five years later, his Pediatric Neurologist, Lawrence Chin, M.D., Chattanooga, retired, began calling on Patrick to meet with him in office as he counseled newly diagnosed younger patients and their parents to show them there is great reason to hope their child would also enjoy success in a regular classroom setting and relationships with their peers.

At Lookout Mountain Presbyterian, C.C.S., Ely Lilly Governor's School for the Arts, Covenant College and UT Law, Patrick was a top student and achieved many rewards from his peers and instructors. Yet he he not once ever asked for or was given accommodation for his diagnosed dyslexia, Tourette's, OCD or Attention Deficit Disorder with Hyperactivity.

He initially did well practicing law and one of his successful cases was written up in the Tennessee Bar Association Journal.

It was when his wife of seven years raided their savings and abandoned him for someone else that sent him in a downward spiral. Her interest in unconventional sex, as well, did Patrick a grave disservice. He became increasingly introverted and private spending time alone on his computer.

We feel that God is not through with Patrick yet and entrust him to God.


David & Claire Hawley



**EXHIBIT**

**A**