To Whom it may concern,

My name is Alvin Childress. I have been incarcerated with Mr. Hawley, Patrick, for about ten months, and have gotten to know him fairly well in that time. Patrick is a good, honest, caring person who goes out of his way to accommodate and help others who are less fortunate than himself. There have been times that I don't know what I would have done without his kindness and intelligent conversation. He is a veritable wealth of information on such a diverse array of subjects, it's astounding. He is very easy-going and even keeled, patient to a fault at times. He doesn't belittle other people, finding it a flaw in other people who have to pick on others just to make themselves seem bigger. He doesn't use his intelligence to make others seem stupid. He isn't a braggart that way. He made a bad decision, a mistake, if you will, and takes full credit for that poor lack of judgment. I, for one, am surprised that anyone of Patrick's intelligence and character is even in trouble for the crime he has been convicted of. It just goes to show that we all are human, and as such, are not infallible. Patrick has so much to offer the world, so much to teach us, not only with his words, but also with his actions, how he treats others around him on a daily basis. I feel fortunate to have had the honor of making his acquaintance and being allowed to know the man behind the charges. The world is a better place with him in it.

Sincerely,

Alvin Childress

Case 1:24-cr-00106-TRM-MJD    Document 44-1    Filed 12/09/25    Page 1 of 1
PageID #: 301