

To whom it may concern...

I charles Langley would like to say on record that for as long as I've known Patrick Hawley, he has been a great friend and celly to me. He has been nothing but kind and caring. He has helped me thru my time in jail. I can't wait to see him free world for he is such a good friend. he has helped me learn new words and better ways at looking at life. he is wonderful at setting and just talking when someone needs it. he is a very kind spirit. Any time someone needed help if he could he did. I'm happy I got the chance to meet such a kind soul in a world filled with darkness. I wouldn't trade a single day for another. Petrick is my closest thing to a best freind I've ever had and I'm greatful.

Charles william Langley Sr
Charles william Langley Sr.