# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT of TENNESSEE
### at CHATTANOOGA

UNITED STATES OF AMERICA )
                              )
                              )       **1:24-cr-106**
   **v.**                          )
                              )     **Judge McDonough**

PATRICK BRYANT HAWLEY    )

## STIPULATION TO RESTITUTION

The United States of America by and through Francis M. Hamilton III, United States Attorney for the Eastern District of Tennessee, and Jay Woods, Assistant United States Attorney, and Patrick Bryant Hawley, the defendant, and Lee Davis, the defendant's attorney, have agreed to the following additional terms:

Pursuant to 18 U.S.C. § 2259 and the plea agreement in this case (*see* R. 17, Plea Agreement at PageID# 64-65), the defendant will pay restitution in the amount listed to the following victims:

| Restitution Amount | Victim and/or Series (by NCMEC pseudonyms) |
|---|---|
| $3,000.00 | April of the "Aprilblonde" Series |
| $3,000.00 | Ashley of the "Ashley_081" Series |
| $3,000.00 | Maria of the "Best Necklace" Series |
| $3,000.00 | Fiona of the "BluesPink1" Series |
| $3,000.00 | Audrey of the "Braid&Tile" Series |
| $3,000.00 | Jane of the "Cinderblock Blue" Series |
| $3,000.00 | Layla of the "Flower Lights" Series |
| $3,000.00 | Eliza of the "HG1" Series |
| $3,000.00 | Julie of the "JBN Flowers1" Series |
| $3,000.00 | Ivy of the "JBN Flowers2" Series |
| $3,000.00 | Jenny of the "Jenny" Series |
| $3,000.00 | Candice of the "MarbleSink" Series |
| $3,000.00 | c/o Tim & Patty Williams of the "MotherFull 20121" Series |

| Restitution Amount | Victim and/or Series (by NCMEC pseudonyms) |
|---|---|
| $3,000.00 | Posey of the "PurpleCheer" Series |
| $3,000.00 | Pia of the "Sweet White Sugar" Series |
| $3,000.00 | Sloane of the "Tara" Series |
| $3,000.00 | Raven of the "Teal & Pink Princess2" Series |
| $3,000.00 | Aaron of the "Tub Time 1" Series |
| $3,000.00 | Lily of the "Vicky" Series |
| $3,000.00 | Ali of the "ZooFamily1" Series |

Respectfully submitted, this the __8th__ day of __April__ 20_26_ .

FRANCIS M. HAMILTON III
United States Attorney

2026.04.08 21:08:33
-04'00'
_____
Date

By: _____
Jay Woods
Assistant United States Attorney

1/4/2026
_____
Date

_____
Patrick Bryant Hawley
Defendant

12/17/2025
_____
Date

_____
Lee Davis
Attorney for the Defendant