### U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNESSEE at CHATTANOOGA

**JUDGMENT:** Case No. 1:24-cr-106 ___ USA v. Patrick Bryant Hawley ___

**PRESENT:** Honorable Travis R. McDonough ___ ☑ U.S. District Judge **OR** ☐ U.S. Magistrate Judge

Jay Woods ___ Lee Davis ___ Brent Starnes ___
Assistant U.S. Attorney | Attorney for Defendant | Probation Officer

Courtney Camp ___ Libby White ___ ___
Courtroom Deputy | Court Reporter | Interpreter ☐ **SWORN**

**PROCEEDINGS:** ☑ Plea agreement accepted by Court ☑ PSR guidelines are ☑ accurate ☐ as modified ☑ PSR SEALED

☐ Govt/Deft motion for downward departure: ☐ granted ☐ denied — Govt motion for third point reduction for acceptance of
upward departure: ☐ granted ☐ denied — responsibility ☑ granted ☐ denied
non-guidelines sentence: ☐ granted ☐ denied
☑ Deft speaks **OR** ☐ Deft declines to speak — Document(s) 53,49,37,31,27 ☐ unsealed ☑ remain sealed

**TESTIMONY BY:** ___

☐ Exhibits attached to minutes ☐ Exhibits in vault

**IMPRISONMENT:** 340 ___ **MONTHS on COUNT(s)** 1 ___

___

**SUPERVISED RELEASE/PROBATION:** 20 ___ **YEARS on COUNT(s)** 1 ___

**CONDITIONS OF SUPERVISED RELEASE/PROBATION:**

☐ report to Probation Officer w/in 72 hrs of release
☑ not commit another federal, state or local crime
☑ abide by standard conditions on Local Rule 83.10
☑ not possess a firearm or other destructive device
☑ not illegally possess or use a controlled substance
☑ participate in collection of DNA
☑ submit to search
☐ perform _____ hours of community service
☐ comply with any BICE deportation orders
☐ participate in program of mental health treatment/anger management and waive all rights to confidentiality regarding treatment
☑ comply with Local Rule 83.10 - Sex Offender Treatment

☑ pay any financial penalty due
☑ provide Probation Office w/access to any required financial info
☑ not incur new credit charges or open additional lines of credit
☐ no contractual agreements which obligate funds
☐ not be employed in position of trust
☑ participate in program of testing/treatment for drug/alcohol abuse
☐ wear electronic device and pay for service at prevailing rate
☐ maintain telephone w/out any special services or devices
☐ report to nearest probation office w/in 48 hrs of reentry in the U.S.

**OTHER CONDITIONS:** ___

☐ Court recommends deft receive 500 hours substance abuse treatment from the BOP's residential drug treatment program

**OTHER RECOMMENDATIONS:** ___

**RESTITUTION:**

$60,000 restitution; $5,000 AVAA assessment

☐ Interest Waived ☐ No further payment required after sum of amounts paid by all defts has fully covered compensable injury

**FINE:** _____ **OR** ☐ Waived **SPECIAL ASSESSMENT:** $100.00 ___ ☑ Payment due immediately ☑ Interest waived

☑ Court waived fine due to deft's inability to pay ☑ Deft informed of right to appeal ☑ Remaining counts dismissed

Deft ☑ remanded to custody of U.S. Marshal ☐ remained in custody ☐ remained on bond

Deft to self-report on or before ___ at ___

Time: 9:38-10:08 to 10:20-10:33 Date: 4/16/2026
10:40-11:50 12:04-12:32

Rev. 3/10